UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JIANXIONG YE,

             Petitioner,

   v.

WARDEN OF NORTHWEST ICE
PROCESSING CENTER,

             Respondent.

CASE NO. 2:26-cv-01511-JHC

ORDER

This matter comes before the Court on Petitioner Jianxiong Ye's Petition for Writ of Habeas Corpus. Dkt. # 1. Per the filings at Dkt. ## 9 & 10, it appears Petitioner has been released from custody, thereby mooting his petition at Dkt. # 1. Petitioner has not filed a reply. *See generally* Dkt. Accordingly, the Court DENIES the petition, without prejudice, as moot.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 27th day of May, 2026.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1